# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Evan Gerald Filiatrault, | Case No. 24-CV-396 (JMB/DLM) |
| Petitioner, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| United States of America, | |
| Respondent. | |

This matter is before the court on the Report and Recommendation (R&R) of United States Magistrate Judge Douglas L. Micko dated April 15, 2024. (Doc. No. 4.) The R&R recommends that this matter be dismissed without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute. (*See* Doc. No. 4.) Petitioner Evan Gerald Filiatrault did not file any objections to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The R&R (Doc. No. 4) is ADOPTED;

2. This matter is DISMISSED WITHOUT PREJUDICE under Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 10, 2024  /s/ Jeffrey M. Bryan
Judge Jeffrey M. Bryan
United States District Court